IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:   Billy R. Melot, Debtor

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                                            No. CV 13-0895 WJ/LAM

BILLY R. MELOT, Debtor,

       Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 15)* (hereinafter, "PF&RD"), entered on August 28, 2014.  No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed.  The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 15)*, deny Defendant's Motion to File a Surreply [*Doc. 7*] and Motion to Voluntarily Withdraw Chapter 7 Bankruptcy [*Doc. 11*], and dismiss this case with prejudice.

       **IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 15)* are **ADOPTED** by the Court.

       **IT IS FURTHER ORDERED** that Defendant's Motion to File a Surreply [*Doc. 7*] and Motion to Voluntarily Withdraw Chapter 7 Bankruptcy [*Doc. 11*] are **DENIED**.

       **IT IS FURTHER ORDERED** that this case be **DISMISSED WITH PREJUDICE** and that an order of dismissal be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**